**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MELVIN BROWN, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 1:18-cv-00015 (TSE/MSN) |
| | ) |
| CAPITAL ONE (USA), N.A., | ) |
| | ) |
|      Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, Melvin Brown, and the Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted,

**MELVIN BROWN**                                    **CAPITAL ONE BANK, N.A.**


By:    */s/ Kristi C. Kelly*                           */s/ Seth A. Schaeffer*
Kristi C. Kelly, Esq., VSB #72791           Seth A. Schaeffer, VSB # 74509
Andrew J. Guzzo, Esq., VSB #82170       McGuire Woods LLP
Casey S. Nash, Esq., VSB #84261         Gateway Plaza, 800 East Canal Street
KELLY & CRANDALL, PLC               Richmond, VA 23219
3925 Chain Bridge Road, Suite 202       Tele: (804) 775-1065
Fairfax, VA 22030                     Fax: (804) 698-2079
(703) 424-7572                        Email: sschaeffer@mcguirewoods.com
(703) 591-0167 Facsimile              *Counsel for Defendant*
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_/s/ Kristi C. Kelly_
Kristi C. Kelly, Esq., VSB #72791
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
_Counsel for Plaintiff_